IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 13 |
| THOMAS P. MATA, JR., : | |
| : | CASE NO: 1-15-00124-RNO |
| Debtor : | |
| : | |
| SELECT PORTFOLIO SERVICING, INC. : | |
| as servicing agent for U.S. Bank NA, a : | |
| successor trustee to Bank of America, NA, : | |
| successor in interest to LaSalle Bank NA, : | |
| on behalf of the registered holders of Bear : | |
| Stearns Asset Backed Securities I Trust : | |
| 2006-HE8, Asset-Backed Certificates, : | |
| Series 2006-HE8, : | |
| : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| THOMAS P. MATA, JR. and : | |
| CHARLES J. DEHART, III, : | |
| STANDING CHAPTER 13 TRUSTEE, : | |
| : | |
| Respondents : | |

**ORDER**

Upon consideration of the foregoing Reply of Debtor to Motion of Select Portfolio Servicing, Inc. for Relief from the Automatic Stay, it is hereby ordered that the Motion for Relief from the Automatic Stay is DENIED.