```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                      Case No. 15-00124-RNO
Thomas P. Mata, Jr.                                         Chapter 13
         Debtor               **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: LyndseyPr        Page 1 of 2         Date Rcvd: Apr 17, 2017
                              Form ID: pdf010        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db            +Thomas P. Mata, Jr.,   104 Tupelo Street,   Harrisburg, PA 17110-9653
4593491        Bureau of Account Management,   3607 Rosemont Avenue, Suite 502,   P.O. Box 8875,
                Camp Hill, PA  17001-8875
4593492       +Commonwealth of Pennsylvania,   Bureau of Labor and Industry,
                Office of Unemp Comp Tax Services OUCTS,   PO Box 60848,   Harrisburg, PA 17106-0848
4593493       +Eos Cca,   P.O. Box 981008,   Boston, MA 02298-1008
4633170        James R. Clippinger,   3631 N. Front St,   Harrisburg, PA 17110-1533
4593496       +National Recovery Agency,   2491 Paxton St,   Harrisburg, PA 17111-1036
4636424       +Office of UC Benefits Policy,   Department of Labor and Industry,   Office of Chief Counsel,
                Unemployment Compensation Division,   651 Boas Street, 10th Floor,   Harrisburg, PA 17121-0751
4593498       +Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
4603988       +Susquehanna Township Authority,   1900 Linglestown Road,   Harrisburg, PA 17110-3301
4651121        U.S. Bank NA, successor trustee,   c/o Select Portfolio Servicing, Inc.,   P.O. Box 65250,
                Salt Lake City, UT 84165-0250
4593499       +US Bank, N.A.,   c/o Jennifer Frechie, Esq.,   KML Law Group,   701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
4649670       +Wells Fargo Bank, N.A,   P.O. Box 45038 MAC Z3057012,   Jacksonville, FL 32232-5038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2017 19:04:34
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX  75016-8088
4593489        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2017 19:04:34     American Honda Finance,
                PO Box 168088,   Irving, TX 75016
4597137        E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2017 19:04:34
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088,   866-716-6444
4593490       +E-mail/Text: banko@berkscredit.com Apr 17 2017 19:04:26     Berks Credit & Collection,
                900 Corporate Dr,   Reading, PA 19605-3340
4603987        E-mail/Text: cio.bncmail@irs.gov Apr 17 2017 19:04:25     Internal Revenue Service,
                Insolvency Section - BK notice,   PO Box 7346,   Philadelphia, PA  19101-7346
4593495       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2017 19:04:31     Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
4593497        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2017 19:04:30
                Pennsylvania Department of Revenue,   Dept. 280946,   ATTN: Bankruptcy Division,
                Harrisburg, PA  17128-0946
                                                                        TOTAL: 7
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4593494*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 21126,   Philadelphia, PA  19114)
                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
        Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
         successor in interest to LaSalle Bank NA, on behalf of the registered holders of Bear Stearns
         Asset Backed Securities I Trust 2006-HE8, Asset-Ba bkgroup@kmllawgroup.com
        Matthew Christian Waldt    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of
         America, NA, sucessor in interest to LaSalle Bank NA, on behalf of the registered holders of
         Bear Stearns Asset Backed Securities I Trust 2006-HE8, Asset-Bac mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        Matthew Christian Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
         agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to
         LaSalle Bank NA, on behalf of the registered holders of Bear St mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        Tracy Lynn Updike    on behalf of Debtor Thomas P. Mata, Jr. tupdike@ssbc-law.com,
         ssollenberger@ssbc-law.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :        CHAPTER 13
THOMAS P. MATA, JR.                 :
                                    :        CASE NO: 1-15-00124-RNO
        Debtor                      :

## ORDER

      Upon consideration of the Motion to Dismiss filed by Thomas P. Mata, Jr., with respect to his Chapter 13 case, it is

      **HEREBY ORDERED** that the case of Thomas P. Mata, Jr., Case No. 1-15-00124, is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: April 17, 2017